ROLAND R. CONKLIN, Appellant and Respondent, v. HARRY RAYMOND et al., Respondents and Appellants.

*Conklin* v. *Raymond,* 127 App. Div. 663, affirmed.
(Argued November 17, 1909; decided December 7, 1909.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover for the alleged conversion of certain stocks.

*Henry Wollman* for plaintiff, appellant and respondent.

*Moses Weinman* and *Louis Marshell* for defendants, respondents and appellants.

Judgment affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLTT, HAIGHT, WERNER and CHASE, JJ. Dissenting on opinion of McLAUGHLIN, J., below: GRAY, J. Dissenting: WILLARD BARTLETT, J.